**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MOHAMMAD ARIF HAMIDYAN #A221-391-734** | **CIVIL CASE NO.  3:26-CV-00982 SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation.  After an independent review of the record and noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 27] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Mohammed Arif Hamidyan's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 [Doc. 1] be GRANTED.  Petitioner shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today.

IT IS FURTHER ORDERED that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

IT IS FURTHER ORDERED that the Government is not prohibited by this Order from taking Petitioner into custody again to effectuate his removal.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at Jackson Parish Correctional Center, where Petitioner is detained.

THUS, DONE AND SIGNED in chambers on this 14th day of August 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE